Peakson J.
 

 The testator-left him. surviving,his brother John, the children of a deceased brother', George, and his sister Jane, the wife of Samuel Frost. He directs that all his estate should be converted into money, and after payment of debts and funeral expenses, the fund is divided into three equal parts. He gives to his brother John one part; to the children of his brother George one part, and in regard to the other part, he expresses his intention in these words : “I give and bequeath to my sister Jane, one third of my estate,
 
 to go to Tier
 
 after her husband’s (Samuel Frost’s) death, and if she dies be
 
 *282
 
 fore him, I allow
 
 her part
 
 to go to her sons, Franklin R. Frost, James D. Frost, Ebenezer C. Frost, when they come to the age of twenty one years.”
 

 The paramount intention tvas to give to his sister Jane one third of the fund. But he had a secondary intention, e. i. to exclude her husband from any benefit or control over her part. To effect this double purpose, he gives to his sister a
 
 present right
 
 to the fund, but poslpones the time of enjoyment until the death of her husband, and makes a limitation over in the event of her dying before her husband. Ilis right to make this restriction as to the time of enjoyment, and the validity of the limitation over, are fully settled by the authorities.
 

 It must be declared to be the opinion of the court, that the executor is to retain the fund (upon investments so as to make interest.) to he paid over to the wife if she survives her husband : or to the children named (if she dies first) upon their arrival at the age of twenty one.
 

 Per Curiam. Decree accordingly.